FILED_____ ENTERED
_____ LOGGED_____ RECEIVED

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FEB 02 2017
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br>SHARAFA BUHARI<br><br>_Defendant(s)_ | ) ) ) ) ) ) ) ) | Case No.  17-0345-SAG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 21, 2017__ in the county of __Baltimore City__ in the
_____ District of __MARYLAND__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Conspiracy to Possess with Intent to Distribute Heroin |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Jeffrey Lilly, FBI Task Force Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __02/01/2017__

_Judge's signature_

City and state: __Baltimore, Maryland__   Hon. Stephanie A. Gallagher, U.S. Magistrate Judge
_Printed name and title_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| IN THE MATTER OF A COMPLAINT AND ARREST WARRANT FOR SHARAFA BUHARI | Case No. 17-0345-SAG <br> UNDER SEAL |
|---|---|

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Task Force Officer (TFO) Jeffrey Lilly of the Federal Bureau of Investigation ("FBI") being duly sworn, state as follows:

1. This Affidavit is submitted in support of a Criminal Complaint and Arrest Warrant for Sharafa BUHARI, born in 1966, of 223 Utica Avenue, Brooklyn, New York. As detailed below, there is probable cause to believe BUHARI violated 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute Heroin.

2. I am an "investigative or law enforcement officer . . . of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I joined the Baltimore Police Department in November 2004 and have been assigned as a TFO to the FBI Baltimore Safe Streets Task Force since September 2015.

3. I have set forth only the facts I believe are necessary to establish probable cause. The information contained in this Affidavit is based upon my review of reports and documents, physical surveillances, observations, interviews and investigative activity by myself and other law enforcement officers.

4. On January 19, 2017, members of FBI Safe Streets Task Force conducted physical surveillance in connection with an FBI investigation into narcotics related activity in Baltimore, Maryland. During that surveillance, law enforcement observed a black male, later

identified as Sharafa BUHARI in Baltimore City, Maryland, carrying a black backpack with a white Puma emblem.

5. In connection with the same investigation, on January 21, 2017, members of FBI Safe Streets Task Force conducted physical surveillance at the Baltimore Travel Plaza, located in the vicinity of 5501 O'Donnell Street Cut Off, Baltimore, Maryland. At approximately 10:58 p.m., a bus from New York arrived in the vicinity 5504 O'Donnell Street Cut Off. Law enforcement observed BUHARI, an unknown black male later identified as Kunle Alabi and an unknown female later identified as Fatima Fahm standing at the door of the bus. BUHARI was wearing the same clothing as law enforcement observed him wearing during surveillance on January 19, 2017.

6. After the group departed the bus, the group walked across O'Donnell Street Cutoff towards the Travel Plaza TA Motel. I observed Fahm pulling a suitcase and Alabi carrying a black backpack. Shortly thereafter, I believe BUHARI noticed the presence of law enforcement in the area. For example, I noticed that BUHARI attempted to change his direction of travel away from Kunle and Fahm who, despite BUHARI's change of direction, continued to follow him.

7. Shortly thereafter, TFO Hensley and I approached the group before they could enter the Travel Plaza TA Motel. Upon encountering with the group, I advised them of our observations regarding their behavior and informed them about previous arrests related to narcotics activity in the area.

8. I asked the group, in substance, "Do you guys have any weapons or drugs on you that I needed to know about?" The group responded, in substance, "No weapons or drugs." TFO Hensley then asked Fahm in substance, "Do you have any drugs on you?" She replied by

opening her purse and surrendering it to TFO Hensley. TFO Hensley observed a black plastic bag inside of Fahm's purse that he believed contained narcotics. I advised the group to sit on the ground and we sought additional police assistance.

9. Shortly thereafter, Alabi gave his backpack to me, which was the same backpack with the white Puma emblem that I observed BUHARI carrying on January 19, 2017. Recovered from the backpack was a large black plastic bag containing numerous amounts of wrapped powder pellets believed to be suspected heroin, weighing approximately 1,235 grams. This suspected heroin was inside of the same type black plastic bag as TFO Hensley observed inside of Fahm's purse. Fahm provided us with a key to open the lock on the suitcase that she was carrying. Inside the suitcase, I found two white plastic shopping bags containing additional wrapped pellets believed to be suspected heroin weighing approximately 1,214 grams. I also smelled a strong odor of feces coming from the suitcase interior. Based on the size of the wrapped pellets of suspected heroin and the smell of fecal matter, I believed Fahm may have ingested the wrapped pellets to thwart detection by law enforcement. I asked her if she ingested any heroin and if she still had any heroin inside of her. I also used hand motions while talking since Fahm did not appear to speak the English language very well. Fahm indicated that she did indeed have more heroin inside of her. TFO Hensley immediately called for a medic to respond due to possible narcotics ingestion. Upon search of Fahm's purse, a black plastic bag was located which appeared to be identical to the black plastic bag containing the suspected heroin found in the black backpack carried by Alabi. Upon review of the contents of this black plastic bag, it appeared to have fecal matter and a white substance. Law enforcement officers did not believe this fecal matter contained any additional suspected heroin. No heroin was located in Fahm's purse. Medics arrived and transported Fahm, along with TFO Hensley, to the Bayview

Hospital emergency room. Fahm received a CT scan showing six to nine pellets inside of her digestive system. While at the hospital early in the morning of January 22, 2017, Fahm passed four wrapped pellets of suspected heroin which I recovered from the nursing staff. In the presence of TFO Hensley, Fahm indicated that she ingested the narcotics in New York. Over the course of the next several days, Fahm passed multiple wrapped pellets of suspected heroin.

10. A further search of the black Puma backpack led to the recovery of numerous items including:

i) Several phone payment receipts for phone number 917-624-8559 which were paid at Mobile Trendz, Inc, 235 Utica Avenue, Brooklyn, New York.

ii) A Bank of America Card bearing the name Sharafa BUHARI.

iii) A Bank of America Transfer Receipt with the name Sharafa BUHARI, 2731 Wilkens Avenue, Baltimore, Maryland which detailed a $9,770.00 transfer to an individual in Nigeria.

11. Alabi was taken to the Baltimore City Southeastern Police Station and interviewed by law enforcement. Alabi stated that BUHARI asked him to carry some bags so he carried the black backpack. Based on my observations of the group travelling together, BUHARI's prior use of the Puma backpack, and the above-described items connected to BUHARI that were recovered with the narcotics from the backpack, I believed that Alabi and Fahm were transporting narcotics to Baltimore, Maryland on behalf of BUHARI.

12. As a result of the above described information, there is probable cause to believe that Sharafa BUHARI committed the crime of Conspiracy to Possess with Intent to Distribute Heroin in violation of 21 U.S.C. § 846.

17-0345-SAG

13. WHEREFORE, I respectfully request that the Court authorize the attached Criminal Complaint and issue an Arrest Warrant forthwith.

Jeffrey Lilly
Task Force Officer, FBI

Sworn to before me this 1st day of Feb., 2017

Hon. Stephanie A. Gallagher
United States Magistrate Judge